1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NANCY ABSTON,                                    1:08-cv-01483-SMS (HC)

12              Petitioner,                            ORDER GRANTING MOTION
                                                       TO PROCEED IN FORMA PAUPERIS
13        vs.
                                                       (DOCUMENT #5)
14   THE PEOPLE FOR THE STATE OF
     CALIFORNIA,
15
                Respondent.
16   _____/

17

18        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

19   28 U.S.C. § 2254.

20        Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

21   prison trust account statement.   Examination of these documents reveals that petitioner is unable to

22   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

23   See 28 U.S.C. § 1915.

24
     IT IS SO ORDERED.
25
     **Dated:    October 7, 2008**                   **_____/s/ Sandra M. Snyder_____**
26                                                    UNITED STATES MAGISTRATE JUDGE

27

28