1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  NANCY ABSTON,                                    1:08-cv-01483-SMS (HC)

10                          Petitioner,        ORDER TO SHOW CAUSE WHY PETITION
                                               SHOULD NOT BE DISMISSED FOR LACK
11         v.                                  OF JURISDICTION

12

13  THE PEOPLE FOR THE STATE OF
    CALIFORNIA,

14                          Respondent.

15  _____/

16         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18         Petitioner filed the instant petition for writ of habeas corpus in the United States District

19  Court for the Northern District of California, on September 17, 2008.  (Court Doc. 1.)  By order

20  of September 30, 2008, the petition was transferred to this Court.  (Court Doc. 3.)

21         The Court has conducted a preliminary review of the Petition and finds it is without

22  jurisdiction to hear the case as Petitioner has named an improper respondent.

23         A petitioner seeking habeas corpus relief under 28 U.S.C. § 2254 must name the state

24  officer having custody of her as the respondent to the petition.  Rule 2 (a) of the Rules Governing

25  § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California

26  Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).  Normally, the person having custody of an

27  incarcerated petitioner is the warden of the prison in which the petitioner is incarcerated because

28  the warden has "day-to-day control over" the petitioner.  Brittingham v. United States, 982 F.2d

1

378, 379 (9th Cir. 1992); <u>see</u>, <u>also</u>, <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994).  As Petitioner is currently in the custody of the Valley State Prison for Women, in Chowchilla, California, the current warden of the facility is Tina Hornbeak.  However, the chief officer in charge of state penal institutions is also appropriate. <u>Ortiz</u>, 81 F.3d at 894; <u>Stanley</u>, 21 F.3d at 360.  Where a petitioner is on probation or parole, the proper respondent is her probation or parole officer and the official in charge of the parole or probation agency or state correctional agency. <u>Id</u>.

       In this case, petitioner names the People of the State of California, as Respondent.  Although Petitioner is currently in the custody of the State of California, the State cannot be considered the person having day-to-day control over Petitioner.

       Petitioner's failure to name a proper respondent requires dismissal of her habeas petition for lack of jurisdiction. <u>Stanley</u>, 21 F.3d at 360; <u>Olson v. California Adult Auth.</u>, 423 F.2d 1326, 1326 (9th Cir. 1970); <u>see</u>, <u>also</u>, <u>Billiteri v. United States Bd. Of Parole</u>, 541 F.2d 938, 948 (2nd Cir. 1976).  However, in this case, the Court will give petitioner the opportunity to cure her defect by amending the petition to name a proper respondent.  <u>See</u>, <u>West v. Louisiana</u>, 478 F.2d 1026, 1029 (5th Cir.1973), *vacated in part on other grounds*, 510 F.2d 363 (5th Cir.1975) (en banc) (allowing petitioner to amend petition to name proper respondent); <u>Ashley v. State of Washington</u>, 394 F.2d 125 (9th Cir. 1968) (same).

       Accordingly, the Court HEREBY ORDERS:

       1.     Petitioner SHALL SHOW CAUSE why the Petition should not be dismissed by AMENDING the Petition to name a proper respondent within thirty (30) days of the date of service of this order.  To comply with this directive petitioner need only submit a pleading titled "Amendment to Petition" in which she amends the petition to name a proper respondent.  As noted above, that individual is the person having day to day custody over petitioner - usually the warden of the institution where she is confined.  The Amendment should be clearly and boldly captioned as such and include the case number referenced above, and be an original signed under penalty of perjury.

1  IT IS SO ORDERED.

2  **Dated:      October 10, 2008**                     _____/s/ Sandra M. Snyder_____
                                               UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28