1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| NANCY ABSTON, | 1:08-cv-01483-SMS (HC) |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
| v. | [Doc. 11] |
| THE PEOPLE FOR THE STATE OF CALIFORNIA, | |
| Respondent. | |

9
10
11
12
13
14
15

_____/

16      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18      On October 10, 2008, the Court issued an order to show cause why the petition should not

19  be dismissed for lack of jurisdiction by failing to name a proper respondent.  (Court Doc. 9.)

20  Petitioner filed a response on October 24, 2008, and names Warden Kent Eichenberger as

21  Respondent.  (Court Doc. 11.)  Accordingly, the Clerk of the Court is DIRECTED to substitute

22  Warden Eichenberger as the Respondent in this action.

23   IT IS SO ORDERED.

24  **Dated:    November 4, 2008**          _____/s/ Sandra M. Snyder_____
                                                                UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1