# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ABSTON, | 1:08-cv-01483-SMS (HC) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT ADDITIONAL STATE COURT RECORDS |
| v. | |
| KENT EICHENBERGER, Warden | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

Respondent filed an answer to the instant petition on February 3, 2009. (Court Doc. 18.) However, Respondent did not provide a copy of some of the relevant state court records that are necessary to resolution of the instant petition, presumably because Petitioner did not file a direct appeal and such documents were not transcribed as part of the "normal record" on appeal.

Pursuant to Rule 5 of the Rules Governing § 2254 Cases, Respondent is hereby directed to present an application to the state court for transcription of the change of plea, sentencing, and Marsden hearings, as well as a copy of the relevant Information and Abstract of Judgment. Within **thirty (30)** days from the date of service of this order, Respondent shall provide this Court with the status of such request.

IT IS SO ORDERED.

**Dated:   March 9, 2009**           **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE